# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Daniel Fragnito,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Tow Pro's, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-293-APG-NJK<br><br>**ORDER DISMISSING ALL DEFENDANTS** |

On May 4, 2017, the plaintiff was advised by the court (ECF No. 8) that this action would be dismissed without prejudice as to all defendants unless on or before June 5, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause why service was not made. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to all defendants. The Clerk of Court instructed to CLOSE this case.

Dated: June 7, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE